UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| Kelly Harper, | Civil No. 23-3468 (PJS/LIB) |
| Defendant, | |
| vs. | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| Michael Segal, et al., | |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Defendants' Motions to Dismiss, [Docket No. 65], is **GRANTED in part** and **DENIED in part**, as set forth below;

2. Plaintiff's official-capacity Bivens claims seeking monetary damages against all Defendants are **DISMISSED without prejudice**;

3. Plaintiff's individual capacity claims against the FCI Hazelton Defendants are **DISMISSED without prejudice**;

4. Plaintiff's individual capacity claims against Defendant Connors are **DISMISSED without prejudice**;

5. Plaintiff's Eighth Amendment Bivens claim seeking monetary relief from the FCI Waseca Defendants in their individual capacities is **DISMISSED without prejudice**;

6. Plaintiff's First Amendment retaliation claim seeking monetary relief from the FCI Waseca Defendants in their individual capacities is **DISMISSED with prejudice**;

7. Plaintiff's First Amendment access-claim seeking monetary relief from the FCI Waseca Defendants in their individual capacities is **DISMISSED without prejudice**; and

8. Plaintiff's FTCA claim is **DISMISSED without prejudice**.

DATED: 3/4/2025  
At Minneapolis, Minnesota

s/Patrick J. Schiltz_____  
Patrick J. Schiltz, Chief Judge  
United States District Court